IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| IN RE HATTERAS FINANCIAL, INC. SHAREHOLDER LITIGATION | ) ) ) ) ) Lead Case No. 1:16cv445 MASTER FILE |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) |

**ORDER CONTINUING FINAL APPROVAL HEARING AND MODIFYING RELATED DEADLINE FOR PROVIDING NOTICE**

This case is before the court on the Joint Motion of All Parties to Continue Final Approval Hearing and Modify Related Deadline for Providing Notice. (Doc. 41.) For cause shown,

IT IS HEREBY ORDERED, as follows:

1. The motion is GRANTED;

2. Paragraph 6 of the Order of Preliminary Approval of Settlement, Form and Manner of Notice, and Scheduling of Settlement Hearing, entered by the court on July 3, 2017 (the "Preliminary Approval Order")[1] is HEREBY MODIFIED to provide that, within ten (10) days of the entry of this Order, the Defendants shall (a) mail the Notice to persons who were record holders of Hatteras common stock during the Class Period and (b) provide notice of the Settlement to the appropriate Federal

---

[1] All capitalized terms not otherwise defined herein shall have the meanings assigned to them in the Preliminary Approval Order.

official and the appropriate State officials pursuant to the Class Action Fairness Act; and

    3.    The Settlement Hearing is HEREBY RESCHEDULED for November 8, 2017, at 2:00 p.m., in Winston-Salem, Courtroom #2.

                                        /s/   Thomas D. Schroeder
                                   United States District Judge

July 18, 2017