IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE HATTERAS FINANCIAL, INC. SHAREHOLDER LITIGATION | Lead Case No. 1:16-cv-00445<br>Judge Thomas D. Schroeder<br><br>MASTER FILE |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**CO-LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS AND APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

Co-Lead Plaintiffs James Wilson ("Plaintiff Wilson") and William Friedman ("Plaintiff Friedman") (collectively, "Co-Lead Plaintiffs" or "Plaintiffs") submit this motion and hereby respectfully moves this Court, pursuant to Fed. R. Civ. P. 23, for entry of the [Proposed] Order and Final Judgment (the "Order and Final Judgment") that will provide the following: (1) certification of a class in connection with the proposed settlement (the "Settlement") of this action (the "Action"); (2) approval of the Settlement, pursuant to the Stipulation of Settlement, dated May 4, 2017 and filed with the Court on May 5, 2017 (the "Stipulation");[1] (3) approval of an award of attorneys' fees and expenses in the aggregate of $700,000 for the services Plaintiffs' Counsel rendered in the successful prosecution and settlement of the Action ("Fee and Expense Award"); and (4) entry of the Order and Final Judgment,[2] and (5) granting such other relief as this Court may deem just and proper.

In support of this Motion, Co-Lead Plaintiffs submit herewith a Memorandum of Law and the Declaration of James M. Wilson, Jr. in Support of Co-Lead Plaintiffs' Motion for Final Approval of Settlement, which contains the Stipulation without exhibits. The [Proposed] Order and Final Judgment is being filed as an attachment to this Motion.

---

[1] The Stipulation (without exhibits) is attached as Exhibit 1 to the accompanying Declaration of James M. Wilson, Jr. in Support of Co-Lead Plaintiffs' Motion for Final Approval of Settlement, Certification of The Settlement Class And Approval of Attorneys' Fees ("Wilson Decl."). All capitalized terms that are not otherwise defined herein shall have the same definitions as set forth in the Stipulation of Settlement.

[2] While all parties seek entry of the Final Order and Judgment, and Defendants do not oppose this Motion, this Motion and accompanying Memorandum of Law is submitted by Co-Lead Plaintiffs and do not necessarily represent the views of Defendants as to each and every statement made herein.

DATED:  October 19, 2017

/s/ James M. Wilson, Jr.
James M. Wilson, Jr. (Notice of Special Appearance filed)
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: jwilson@faruqilaw.com

*Counsel for Co-Lead Plaintiff James Wilson*

Brian D. Long
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310

*Counsel for Co-Lead Plaintiff William Friedman*

/s/ Janet Ward Black

Janet Ward Black
Nancy R. Meyers
WARD BLACK, P.A.
208 W. Wendover Ave.
Greensboro, NC 27401
336-333-2244
Fax: 336-379-9415
Email:
jwblack@wardblacklaw.com
nmeyers@wardblacklaw.com

*Liaison Counsel for Lead Plaintiff*

**OF COUNSEL:**

Donald J. Enright
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115

Washington, D.C. 20007
202-524-4290
Fax: 202-333-2121
Email: denright@zlk.com

*Counsel for Plaintiff Stephen Twiss*

Richard A. Acocelli
WEISSLAW LLP
1500 Broadway, 16th Fl.
New York, NY 10036

*Counsel for Plaintiff Stephen Bushansky*