IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| IN RE HATTERAS FINANCIAL, INC. SHAREHOLDER LITIGATION | ) ) ) ) Lead Case No. 1:16-cv-00445 ) ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) |

**ORDER**

This matter is before the court on Co-Lead Plaintiffs' Unopposed Motion for Leave to Exceed Word Count with respect to their Memorandum of Law in Support of Co-Lead Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Application of Award of Attorney's Fees and Expenses. (Doc. 43.) Having carefully considered the motion and the record and for good cause shown, the court finds that Co-Lead Plaintiffs should be granted leave to exceed the 6,250 word limitation for briefs in support of motions set forth in LR7.3(d) by 1,180 words with respect to the Memorandum of Law in Support of Co-Lead Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Application of Award of Attorney's Fees and Expenses.

IT IS THEREFORE ORDERED that Co-Lead Plaintiffs are GRANTED leave to exceed the 6,250 word limitation for briefs in support of

motions set forth in LR7.3(d) by 1,180 words with respect to their Memorandum of Law in Support of Co-Lead Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Application of Award of Attorney's Fees and Expenses.

/s/  Thomas D. Schroeder<br>United States District Court

October 24, 2017